

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2019

No. 04-19-00188-CR

Hardy Burl **PURVIS** IV,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0050-CR-B
Honorable William Old, Judge Presiding

# O R D E R

Patricia Wagner, the court reporter responsible for preparing the reporter's record, has filed a notification of late reporter's record requesting an extension to September 14, 2019. We grant her request and order her to file the reporter's record by September 14, 2019.

It is so **ORDERED** on August 19, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court